In the Matter of the Petition of DAVID JOYCE to Render and Settle His Account as Executor, etc., of MARY F. RYAN, Deceased. DAVID JOYCE, as Executor, etc., Appellant; CHARLES WEBER and ROSE WEBER, Respondents.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of CHRISTOPHER THIELER, Respondent, for a Mandamus Order against CHRISTY S. COATES and Others, Constituting the Board of Trustees The Exempt Volunteer Firemen's Fund of the Late City of Brooklyn, Appellants.— Order granting motion for a peremptory mandamus order reversed on the law, and the motion denied, without costs, as a matter of law and not in the exercise of discretion, on the ground that the respondent has failed to show any legal right to a *pro rata* share of the funds received by the appellants pursuant to chapter 594 of the Laws of 1915.█ Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., concurs on the ground that the application presented no new facts and the petitioner was already receiving all the relief he had claimed in his first application; and there was nothing upon which the board of trustees was required to act. The petition sets up facts not presented to the board.

FRED M. LETSON, Appellant, v. SUN INDEMNITY COMPANY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. [147 Misc. 690.]

MARIO MARIANI and Others, Respondents, v. E. A. LABORATORIES, INC., Appellant. (Appeal No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

AARON I. PASTERNACK, Doing Business and Trading under the Firm Name and Style of GRAND FURNITURE FRAME COMPANY, Respondent, v. MORRIS CHOROST and Others, Copartners Doing Business and Trading under the Firm Name and Style of MORRIS CHOROST & Co., Appellants.— Order granting plaintiff's motion to vacate order dismissing complaint affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. ADELPHI HALL, INC., and Others, Defendants, Impleaded with JULIA J. HIRSCH, Appellant.— Order granting plaintiff's motion for the extension of receivership affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. FINN, Appellant.†— Judgment of conviction of the County Court of Westchester county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.